UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD GREEN,<br><br>      *Plaintiff,*<br><br>v.<br><br>CAPITAL ONE, N.A.; and SQUARE, INC.,<br><br>      *Defendants.* | Civil Action No.: 1:20-cv-04655-ER-KNF<br><br>**STIPULATION ACCEPTING SERVICE AND EXTENDING DEFENDANT SQUARE, INC.'S TIME TO ANSWER** |

It is hereby stipulated and agreed by and between the undersigned parties in the above-captioned action as follows:

1. Defendant Square, Inc. ("Defendant") hereby acknowledges and accepts service of the Summons and Complaint and hereby waive any defense based on lack of proper service;

2. Defendant's time to answer, move or otherwise respond to the Complaint is hereby extended until August 10, 2020;

3. There have been no previous requests for an extension of this deadline; and

4. Defendant's undersigned counsel hereby appears in this action on Defendant's behalf.

Dated:  July 8, 2020

| | |
|---|---|
| Schlanger Law Group LLP | Clarick Gueron Reisbaum LLP |
| */s/ Evan S. Rothfarb* | */s/ Isaac B. Zaur* |
| Evan S. Rothfarb | Isaac B. Zaur |
| 80 Broad Street, Suite 1301 | 220 Fifth Avenue, 14th Floor |
| New York, NY 10004 | New York, New York 10001 |
| T: 212-500-6114 | T: 212-633-4314 |
| F: 646-612-7996 | F: 646-478-9484 |
| E: erothfarb@consumerprotection.net | E: izaur@cgr-law.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Square, Inc.* |

                                              SO ORDERED

                                              _____
                                              Hon. Edgardo Ramos, U.S.D.J.