Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Stephen J. Steinlight**
stephen.steinlight@troutman.com

September 1, 2020

**VIA ECF**
Honorable Edgardo Ramos, U.S.D.C.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Gerald Green v. Capital One, N.A. and Square, Inc.*, **Index No. 1:20-cv-04655:**
**Letter Motion for Third Extension of Time to Answer or Otherwise Respond to the Complaint**

Dear Judge Ramos:

We represent Defendant Capital One, N.A. ("Capital One") in the above-referenced action. With Plaintiff's consent, Capital One respectfully submits this request for a third extension of time to respond to the Complaint.  Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 1(E) of Your Honor's Individual Practices, Capital One states the following in support of its request:

1. Capital One was served with the Complaint on or about June 18, 2020.

2. This is Capital One's third request for an extension of time to answer or otherwise respond to the Complaint. Capital One's current deadline to respond to the Complaint is September 9, 2020.

3. The request for an extension is due to Capital One's ongoing investigation into the allegations in the Complaint and concurrent settlement negotiations with Plaintiff.

4. Plaintiff has consented to an extension of Capital One's time to respond to the Complaint to September 23, 2020.

In light of the foregoing, Capital One respectfully requests the Court extend the time for Capital One to answer or otherwise respond to Plaintiff's Complaint until September 23, 2020.

We thank Your Honor for your consideration of this request.  If Your Honor has any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,



*/s/ Stephen J. Steinlight*
Stephen J. Steinlight

cc: All Counsel of Record (via ECF)