**SCHLANGER LAW GROUP LLP**

**MEMO ENDORSED**

September 8, 2020

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court – S.D.N.Y.
40 Foley Square, Courtroom 619
New York, NY 10007

  **Re:**  *Gerald Green v. Capital One, N.A., et al.*
  **Index:** 1:20-cv-04655-ER-KNF

Your Honor:

  My office represents Plaintiff Gerald Green in the above-referenced matter.

  We write on behalf of Plaintiff and Defendant Square, Inc. ("Square") to inform the Court that Plaintiff and Square have reached a settlement-in-principle in this case and are in the process of finalizing the relevant settlement documents.

  The settlement is between Plaintiff and Square only. Plaintiff's case against Capital One, N.A. continues.

  In light of the foregoing, Plaintiff and Square jointly request that all deadlines be stayed with regard to their respective pleading and discovery obligations to one another pending finalization of the settlement. Plaintiff and Square respectfully propose that they shall file a stipulation of dismissal (as to Square only) on or before October 20, 2020 and, if a stipulation is not filed by that date, shall provide the Court with a status report regarding finalization of settlement.

              Respectfully,

              */s/Evan S. Rothfarb*

              Evan S. Rothfarb

cc: All Counsel (via ECF)

> Square's deadline to answer is extended to October 20, 2020.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: Sept. 9, 2020
> New York, New York

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

80 Broad Street
Suite 1301
New York, NY 10004