**SCHLANGER LAW GROUP LLP**

December 8, 2020

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court – S.D.N.Y.
40 Foley Square, Courtroom 619
New York, NY 10007

    **Re:**    *Gerald Green v. Capital One, N.A., et al.*
    **Index:**  1:20-cv-04655-ER-KNF

Your Honor:

    My firm is counsel to Plaintiff Gerald Green in the above-referenced action. We write on behalf of Plaintiff and Defendant Square, Inc. ("Square") to provide a status update regarding the parties' settlement.

    Plaintiff filed a Notice of Settlement with Square on September 8, 2020 (Docket Entry No. 18), which the Court endorsed on September 9, 2020 (Docket Entry No. 19). Plaintiff and Square subsequently filed a status update concerning the settlement on October 20, 2020 (Docket Entry No. 29), which the Court endorsed on October 21, 2020 (Docket Entry No. 30).

    We are pleased to report that the parties have finalized their settlement terms and the parties have each executed their settlement agreement. As agreed, certain conditions of the settlement must be completed before the filing of stipulation of dismissal, which are expected to be completed in a matter of days and no later than December 18, 2020. In the highly unlikely event that a stipulation is not filed by that date, we shall provide the Court with a further status report regarding finalization of settlement.

        Respectfully,

        */s/Evan S. Rothfarb*

        Evan S. Rothfarb

cc: all counsel of record

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

80 Broad Street
Suite 1301
New York, NY 10004