UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD GREEN,<br><br>                    *Plaintiff,*<br><br>v.<br><br>CAPITAL ONE, N.A.; and SQUARE, INC.,<br><br>                    *Defendants.* | Civil Action No.: 1:20-cv-04655-ER-KNF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT SQUARE, INC.** |

The undersigned, counsel for Plaintiff and Square, Inc., hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the settlement agreement between the parties, Plaintiff hereby discontinues the above-titled action with prejudice and without costs as against Defendant Square, Inc. only.

Dated:  December 2, 2020

_____
Evan S. Rothfarb
Schlanger Law Group LLP
80 Broad Street, Suite 1301
New York, NY 10004
T: 212-500-6114
F: 646-612-7996
E: erothfarb@consumerprotection.net
*Attorneys for Plaintiff*

_____
Isaac B. Zaur
Clarick Gueron Reisbaum LLP
220 Fifth Avenue, 14th Floor
New York, New York 10001
T: 212-633-4314
F: 646-478-9484
E: izaur@cgr-law.com
*Attorney for Defendant Square, Inc.*

So Ordered.

_____
Hon. Edgardo Ramos, U.S.D.J.