Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022



troutman.com

---

**Stephen J. Steinlight**
stephen.steinlight@troutman.com

January 12, 2021

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**Re:**   *Gerald Green v. Capital One, N.A. and Square, Inc.*, **Index No. 1:20-cv-04655-ER: Consent Letter Motion for Extension of Time to File Reply:**

Your Honor:

      We represent Defendant Capital One, N.A. ("Capital One") in the above-referenced action. With Plaintiff's consent, Capital One respectfully submits a request for an extension of time to file its Reply in further support of its pending Motion to Dismiss [Dkts. 33-35].  Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 1(E) of Your Honor's Individual Practices, Capital One states the following in support of its request:

1. Capital One filed the Motion to Dismiss the Amended Complaint on November 18, 2020.

2. This is Capital One's first request for an extension of time to file the Reply.

3. Capital One's current deadline to file a Reply in support of its Motion to Dismiss is January 19, 2021.

4. Plaintiff has consented to an extension of ten (10) days for Capital One to file the Reply. The new deadline will be January 29, 2021.

5. Capital One is requesting this extension to file its Reply due to conflicting deadlines and appearances.

6. Once Capital One's Reply is filed on January 29, 2021, the Motion to Dismiss will be fully briefed and submitted to the Court for its ruling.

7. No party will be prejudiced by the requested extension.

January 12, 2021
Page 2



_____

      For the foregoing reasons, Capital One respectfully requests the Court extend the time to file its Reply until January 29, 2021.

      We thank Your Honor for your consideration of this request. If Your Honor has any questions or concerns, please do not hesitate to contact my office.

      Respectfully submitted,

      */s/ Stephen J. Steinlight*
      Stephen J. Steinlight

cc:    All Counsel of Record (via ECF)