

**Isaac B. Zaur**
izaur@cgr-law.com
Direct: 212.633.4314

**By ECF**  April 18, 2022

Hon. Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

      Re:    *Gerald Green v. Capital One, N.A. and Square, Inc.*, Index No. 1:20-cv-04655

Dear Judge Ramos,

    We represent Defendant Block, Inc. f/k/ka Square, Inc. ("Square") in the above-referenced action. With the consent of Third-Party Plaintiff Capital One, N.A. ("Capital One"), Square respectfully writes to advise the Court that Square and Capital One have reached an agreement in principle to resolve the claims asserted in Capital One's Third-Party Complaint.

    In order to allow time for Square and Capital One to document their settlement, we respectfully request that the Court adjourn, *sine die*, Square's deadline to serve and file its reply brief in support of its motion to dismiss the Third-Party Complaint and all other deadlines affecting Square's role in this matter.

    We thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        /s/ Isaac B. Zaur