# SCHLANGER LAW GROUP LLP

April 25, 2022

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Judge
U.S. District Court – S.D.N.Y.
40 Foley Square, Courtroom 619
New York, NY 10007

       **Re:**       *Gerald Green v. Capital One, N.A., et al.*
       **Index:**    1:20-cv-04655-ER-KNF

Your Honor:

     My office represents Plaintiff Gerald Green in the above-referenced matter.

     We write on behalf of Plaintiff and Defendant Capital One, N.A. ("Capital One") to inform the Court that Plaintiff and Capital One have reached a settlement-in-principle in this case and are in the process of finalizing the relevant settlement documents.

     In light of the foregoing, Plaintiff and Capital One jointly request that all deadlines be stayed with regard to their respective pleading and discovery obligations to one another pending finalization of the settlement. Plaintiff and Capital One respectfully propose that they shall file a stipulation of dismissal (as to Capital One only) on or before May 31, 2022, and, if a stipulation is not filed by that date, shall provide the Court with a status report regarding finalization of settlement.

Respectfully,

*/s/Evan S. Rothfarb*

Evan S. Rothfarb

cc:  all counsel of record (via ECF)

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*